IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. Cr. 01-36 |
| | ) | |
| DEMETRIS MCKNIGHT | ) | |
| | ) | |

**ORDER**

On this _8th_ day of August, 2008, upon consideration of defendant Demetris McKnight's Petition for Leave to File Motion Under Seal, it is hereby ORDERED, that the petition should be, and hereby is, granted; and it is

FURTHER ORDERED, that defendant Demetris McKnight's Motion for Reduction of Sentence shall be filed under seal.

By the Court,

_____
Lancaster, J.